UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joel Delorbe-Bell,<br><br>                              Plaintiff,<br><br>        -against-<br><br>NYPD Officer Espenberg et al.,<br><br>                              Defendants. | 24-CV-9956 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties are directed to meet and confer and by April 24, 2026, submit a proposed revised case management plan, including a schedule with any discovery involving the newly added parties.

SO ORDERED.

Dated:  April 17, 2026
        New York, New York

_____
  ARUN SUBRAMANIAN
  United States District Judge